UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CRISTIAN EDGARDO LIMA GUILLEN, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CIVIL NO. 1:26-cv-00023-JAW |
| | ) | |
| DERRICK STAMPER, et al. | ) | |
| | ) | |
| Respondents | ) | |

JUDGMENT OF DISMISSAL

Pursuant to the Order entered by U.S. District Judge John A. Woodcock, Jr. on January 27, 2026;

The Petition for Writ of Habeas Corpus is Dismissed as Moot.

Dated this 27th day of January 2026.

ERIC M. STORMS
ACTING CLERK

By: /s/ Joanne McCue
Deputy Clerk